IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Chris Elliott, Raymond Genta, Richard Largent, Marc Piazza, and Kenly Hunter, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>Schlumberger Technology Corporation, and Schlumberger Limited (Schlumberger N.V.),<br><br>        Defendants. | **ORDER GRANTING JOINT MOTION TO APPROVE FLSA SETTLEMENT**<br><br>Case No. 3:13-cr-079 |

Before the Court is the Plaintiffs' unopposed motion to approve FLSA settlement filed on December 1, 2017. See Docket No. 427. The parties jointly seek approval of a settlement resolving collective claims for wage dispute under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. The parties submitted the settlement agreement to the Court for review and approval.

Settlement agreements to resolve FLSA claims typically require court approval. See 29 U.S.C. § 216; King v. Raineri Const., LLC, 2015 WL 631253, No. 4:14-cv-1828, *2 (E.D.Mo. Feb. 12, 2015). The Court has carefully reviewed the motion and the terms of the proposed settlement agreement and determines that it is a fair and reasonable resolution of a bona fide dispute between the FLSA class members and the Defendants. The Court **GRANTS** the motion (Docket No. 427) and **APPROVES** the parties' settlement agreement. The parties shall administer the settlement of the claims of the FLSA class members as set forth in the settlement agreement.

    **IT IS SO ORDERED.**

    Dated this 11th day of December, 2017.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court